UNITED STATES of America,
Plaintiff–Appellee,

v.

Yolanda ORR, a.k.a. Yolanda Small,
Defendant–Appellant.

No. 09–12528
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 7, 2010.

Yolanda Orr, Tallahassee, FL, pro se.

Peggy Morris Ronca, Orlando, FL, Plaintiff–Appellee.

Before CARNES, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Clarence W. Counts, Jr., appointed counsel for Yolanda Orr, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Orr's convictions and sentences are **AFFIRMED.**